**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

**No. 00-10568**

---

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff-Appellee,**

**versus**

**KINLAW SECURITIES CORPORATION; ET AL.,**

**Defendants,**

**JOE D. KINLAW; STEPHEN R. PARKER; DYKE FERRELL,**

**Defendants-Appellants.**

---

**Appeals from the United States District Court**
**for the Northern District of Texas**
**(3:93-CV-2010-T)**

---

May 14, 2001

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1] District Judge.

PER CURIAM:[2]

Having considered the briefs and pertinent parts of the record, and having heard the arguments of counsel, and essentially for the reasons stated in the district court's order, we conclude

---

[1]District Judge of the Eastern District of Louisiana, sitting by designation.

[2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should *not* be published and is *not* precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court did *not* abuse its discretion in denying the Rule 60 motions at issue.

**AFFIRMED**